\*\*E-Filed 12/16/2010\*\*

1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA 94596
   Tel. (925) 933-5100
4  Fax (925) 933-5297

5  Attorney for RACHELLE THOMAS-ZUILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00883 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE |
| v. | ) | |
| RACHELLE THOMAS-ZUILL, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea hearing currently scheduled for December 16, 2010 at 9:30 a.m. in the above captioned case, before the Honorable Jeremy D. Fogel, United States District Judge, be continued to January 6, 2011 at 9:00 a.m. The defendant will enter a guilty plea at that time pursuant to a plea agreement entered into by the parties..

This continuance is necessary because counsel for the defendant has pneumonia and is therefore unable to appear on December 16, 2010. For that reason, the parties stipulate and agree that the ends of justice served by the continuance requested.

Dated: 12/15/10         /s/ Joseph Fazioli
                        JOSEPH FAZIOLI
                        Assistant United States Attorney

Dated: 12/15/10         /s/ Deborah G. Levine
                        DEBORAH G. LEVINE
                        Attorney for Defendant Rachelle Thomas-Zuill

STIPULATION AND ORDER
CR-10-00883 JF

## ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby finds that the ends of justice are served by granting the requested continuance. For the stated reason IT IS HEREBY ORDERED THAT this matter, currently scheduled for December 16, 2010 at 9:30 a.m. before Judge Jeremy D. Fogel, shall be continued to January 6, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 12/16/2010

_____
HONORABLE JEREMY D. FOGEL
United States District Court Judge

STIPULATION AND ORDER
CR-10-00883 JF